# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
FEB - 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>ANGELINO RODRIGUEZ-BARCENAS<br><br>AKA MANUEL H. RODRIGUEZ<br>AKA ANGELINO RODRIGUEZ-<br>BACENAS,<br><br>              Defendant. | CASE NO. 13CR4087-L<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the ~~Indictment~~/Information:

8:1326 (a) and (b) - Attempted Reentry of Removed Alien (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/4/14

Karen S. Crawford
U.S. Magistrate Judge